IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BARROS, ) Plaintiff, ) v. ) JEFFREY BEARD, ) Defendant. ) _____ ) | No. C 13-4162 JSW (PR) **ORDER OF DISMISSAL** |

On November 8, 2013, the Court dismissed plaintiff's civil rights complaint for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint, and later granted an extension of 60 days. He has failed to do so. This case is accordingly **DISMISSED**. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: April 3, 2014

 _____
 JEFFREY S. WHITE
 United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

JOHN BARROS,

        Plaintiff,

  v.

JEFFREY BEARD et al,

        Defendant.

                                /

Case Number: CV13-04162 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Barros
J59462
P.O. Box 705
Soledad, CA 93960

Dated: April 3, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk